# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RANDALL G. DODSON & PATRICIA A. DODSON          Case Number: 06-71520
P.O. BOX 7                SSN-xxx-xx-7131 & xxx-xx-8195
STILLMAN VALLEY, IL  61084

Case filed on: 8/23/2006
Plan Confirmed on: 3/5/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $9,769.21          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BRIAN A. HART | 2,200.00 | 2,200.00 | 1,874.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 1,874.00 | 0.00 |
| 014 | DENNIS BREBNER & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FISHER & SHAPIRO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RANDALL G. DODSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | JUNCTION MOTOR CARS | 9,000.00 | 9,000.00 | 4,843.55 | 1,191.75 |
| 002 | MIDFIRST BANK | 24,194.45 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 33,194.45 | 9,000.00 | 4,843.55 | 1,191.75 |
| 003 | ALLIED BUSINESS ACCOUNTS, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BENNETT & DELONEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL MANAGEMENT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CLINIC OF PSYCHIATRIC CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CLINIC OF PSYCHIATRIC CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CONTROL CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | D & B RMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DEKALB CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DISH NETWORK CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DR. AGUSTSSON-MATHERS, D.O. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FORD MOTOR CREDIT COMPANY | 8,059.64 | 8,059.64 | 385.76 | 0.00 |
| 019 | FRS, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SALLIE MAE GUARANTEE SERVICES INC | 1,046.17 | 1,046.17 | 39.60 | 0.00 |
| 021 | HHM EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | IHC SWEDISH AMERICAN ER PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | IL DEPT OF EMPLOYMENT SECURITY | 2,859.00 | 2,859.00 | 136.84 | 0.00 |
| 024 | INFINITY HEALTHCARE PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | METRO MEDICAL SERVICES, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MORING DISPOSAL INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MUTUAL MANAGEMENT SERVICES | 5,110.38 | 5,110.38 | 244.60 | 0.00 |
| 029 | NATIONAL ACCOUNT SYSTEMS OF MADISON | 690.00 | 690.00 | 26.11 | 0.00 |
| 030 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NORTHERN ILLINOIS IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | OMNI CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | VATIV RECOVERY SOLUTIONS LLC | 7,886.51 | 7,886.51 | 377.47 | 0.00 |
| 035 | PFG OF MINNESOTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | RADIOLOGIST CONS. OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ROCKFORD HEALTH PHYSICIANS | 259.00 | 259.00 | 0.00 | 0.00 |
| 040 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | RRCA ACCOUNTS MANAGEMENT INC | 385.00 | 385.00 | 18.42 | 0.00 |
| 044 | STILLMAN FIRE PROTECTION DIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | SWEDISH AMERICAN HOSPITAL | 821.63 | 821.63 | 31.10 | 0.00 |
| 046 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | ATTORNEY TERRY HOSS & | 64.00 | 64.00 | 0.00 | 0.00 |
| 048 | THE PEDIATRIC CARDIOLOGY CLINIC/IL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 27,181.33 | 27,181.33 | 1,259.90 | 0.00 |
|  | Grand Total: | 62,575.78 | 38,381.33 | 7,977.45 | 1,191.75 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $9,169.20 |
| Trustee Allowance: | $600.01 |
| Percent Paid Unsecured: | 4.64 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan